

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

RPM Services, Appellant

No. 06-19-00035-CV     v.

Maribel Mata Santana, Jose Leonel Mata,
Jr., and Jose Leonel Mata, Appellees

Appeal from the 123rd District Court of
Panola County, Texas (Tr. Ct. No. 2018-
232). Memorandum Opinion delivered by
Justice Burgess, Chief Justice Morriss and
Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, RPM Services, pay all costs of this appeal.

RENDERED AUGUST 29, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk